IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANDA ENNETT : | |
|     Plaintiff, : | |
|         v. : | CIVIL ACTION NO. 18-2513 |
| : | |
| THE NATIONAL RAILROAD : | |
| PASSENGER CORPORATION : | |
| *Doing business as* : | |
| **AMTRAK**, *et al.* : | |
|     Defendants. : | |

## ORDER

**AND NOW,** this 18th day of December 2018, upon review of the docket in the above-captioned case and it being apparent that Plaintiff has failed to respond to the Court's Order [Doc. 13] on or before December 10, 2018, to show cause as to why Defendant City of Chester should not be dismissed for failure to effect timely service of the summons and Complaint pursuant to Federal Rule of Civil Procedure 4(m), it is hereby **ORDERED** that Defendant City of Chester is **DISMISSED without prejudice**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**