IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANDA ENNETT<br>　　　　　　　　Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION d/b/a AMTRAK and<br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br><br>　　　　　　　　Defendants<br><br>v.<br><br>CITY OF CHESTER<br><br>　　　　　　　　Third Party Defendant | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>: No.: 2:18-cv-02513-CMR<br>:<br>:<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED**<br>:<br>:<br>: |

## STIPULATION TO DISMISS

AND NOW, this 20th day of June, 2019, it is hereby **STIPULATED** and **AGREED** between the Parties that any and all claims and cross-claims asserted by and against Defendant, National Railroad Passenger Corporation d/b/a Amtrak, are hereby dismissed with prejudice from this matter.

KATS, JAMISON & ASSOCIATES

BY: _____
　　Marina Kats, Esquire
　　Bryan Hanratty, Esquire
　　Attorneys for Plaintiff,
　　Wanda Ennett

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

BY: _____
　　Thomas J. McKenzie, Jr., Esquire
　　Melanie J. Foreman, Esquire
　　Attorneys for Defendant,
　　Southeastern Pennsylvania
　　Transportation Authority

LANDMAN CORSI BALLAINE
& FORD, P.C.

BY: _____
Yuri J. Brunetti, Esquire
Alexis S. Grose, Esquire
Attorneys for Defendant,
National Railroad Passenger Corp.
d/b/a Amtrak

WILLIAM J. FERREN & ASSOCIATES

BY: _____
Leticia J. Santiago, Esquire
Attorney for Defendant,
City of Chester

**APPROVED BY THE COURT:**

BY: _____
U.S.M. J.

2