### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANDA ENNETT : | |
|     Plaintiff, : | |
|         v. : | CIVIL ACTION NO. 18-2513 |
| : | |
| THE NATIONAL RAILROAD : | |
| PASSENGER CORPORATION : | |
| *Doing business as* : | |
| **AMTRAK,** *et al.* : | |
|     Defendants. : | |

### ORDER

After settlement conference held on June 20, 2018, the parties in the above-captioned case entered into a stipulation and order dismissing with prejudice Defendant National Railroad Passenger Corporation ("Amtrak") [Doc. No. 41].  This case was removed to this Court solely based on Amtrak's status as it applies to federal jurisdiction under 28 U.S.C. § 1331.  The Court therefore has no original jurisdiction over this case, and declines to exercise supplemental jurisdiction over the remaining claims.

**AND NOW,** this 21st day of June 2019, it is hereby **ORDERED** that the case is **REMANDED** to the Court of Common Pleas of Philadelphia County where it was originally filed at June 2018 Term, No. 00406.

The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                            **BY THE COURT:**

                                            /s/ Cynthia M. Rufe
                                            _____
                                            **CYNTHIA M. RUFE, J.**